82,904-01

ERIC J. BROWN
#1570332    7I-57F
MC CONNELL UNIT
3001 S. EMILY dr.
BEEVILLE, TEXAS 78102

MAY 6, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAY 1 1 2015
Abel Acosta, Clerk

COURT OF CRIMINAL APPEALS
ABEL ACOSTA, CLERK
P.O. BOX 12308
CAPITOL STATION
AUSTIN, TEXAS 78711

SUBJECT) CCA NO. WR-82,904-01 ; TR. CT. NOS 08-11-222-CRW-A

GREETINGS: MAY God BE WITH You And bLESS You

ON APRIL 8, 2015, YOUR OFFICE dISPATCHED A LETTER TO ME
PROCLAIMING " YOUR RECORDS WILL NOT bE RETURNED TO YOU bECAUSE
ONCE RECORDS ARE RECEIVED IN THE COURT THEY bECOME THE
PERMANENT RECORDS OF THIS COURT."

EXCUSE ME AS I beS TO dIFFER THAT THIS ISSUE HAS been
MISCONSTRUED.

THE RECORDS I'VE REQUEST IS HAVING TO do WITH THE
"WHITE CARD" I RECEIVED FROM YOUR OFFICE STATING " THIS COURT
HAS dENIED (SEE CAUSE NUMBERS AbOVE) WITHOUT A WRITTEN ORDER."

YOUR CORRESPONDANCE RECOMMENDS I CONTACT THE "STATE LAW
LIBRARY, INMATE COPY SERVICE".

ARE YOU SAYING THAT I CAN gET A COPY OF THE "COURT'S OPINION"
REASONS FOR THE dENIAL OF MY STATE WRIT 11.07 HAbEAS CORPUS?
( SEE CAUSE NUMBERS AbOVE)

IF THIS SHOULD NOT bE POSSIBLE... PLEASE NOTIFY ME AbOUT
THE COST OF COPIES, SHIPPING & hANDLING AND I'LL MAKE A MONEY
ORDER PAYAbLE FOR SAID COST OF MY "OPINION FOR DENIAL"

RESPECTFULLY SubMITTED

Eric Brown

CC: FILE